2018R01353/FAL

**RECEIVED**
By Stephen Bond at 4:59 pm, Mar 04, 2021

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Brian R. Martinotti |
| | : | |
| | : | |
| v. | : | Criminal No. 20-185 |
| | : | |
| WYZIER PETERSON, | : | 21 U.S.C. § 846 |
| a/k/a "Trap," | : | 21 U.S.C. §§ 841 (a)(1) and (b)(1)(B) |
| CARL BROWN, | : | 21 U.S.C. §§ 841(a)(1) and (b)(1)(C) |
| a/k/a "C Dub," | : | 18 U.S.C § 922(g)(1) |
| a/k/a "Dub," | : | 18 U.S.C § 924(c)(1)(A)(i) |
| AARYN ABRAMS, | : | 18 U.S.C. § 2 |
| a/k/a "AI," | : | |
| NAJIER BOONE, | : | |
| a/k/a "Bebe," | : | |
| ZIKEME BROOKS, | : | |
| a/k/a "Zeek," | : | |
| a/k/a "Ace," | : | |
| JIMIR RICKS, | : | |
| a/k/a "40," | : | |
| a/k/a "Red," | : | |
| DAVINE CAMPBELL, | : | |
| a/k/a "D," and | : | |
| DASHION KELSON, | : | |
| a/k/a "Tank," | : | |
| a/k/a "Izzy," | : | |
| a/k/a "Stizzy" | : | |

**THIRD SUPERSEDING INDICTMENT**

The Grand Jury in and for the District of New Jersey, sitting at Newark,
charges:

**COUNT ONE**
*(Drug Conspiracy)*

From at least on or about September 1, 2018 through on or about

October 3, 2019, in Passaic County, in the District of New Jersey, and

elsewhere, the defendants,

**WYZIER PETERSON,**
**a/k/a "Trap,"**
**CARL BROWN,**
**a/k/a "C Dub,"**
**a/k/a "Dub,"**
**AARYN ABRAMS,**
**a/k/a "AI,"**
**NAJIER BOONE,**
**a/k/a "Bebe,"**
**ZIKEME BROOKS,**
**a/k/a "Zeek,"**
**a/k/a "Ace,"**
**JIMIR RICKS,**
**a/k/a "40,"**
**a/k/a "Red,"**
**DAVINE CAMPBELL,**
**a/k/a "D," and**
**DASHION KELSON,**
**a/k/a "Tank,"**
**a/k/a "Izzy,"**
**a/k/a "Stizzy,"**

did knowingly and intentionally conspire and agree with each other and others,

known and unknown, to distribute and possess with intent to distribute 100

grams or more of a mixture and substance containing a detectable amount of

heroin, a Schedule I controlled substance, 40 grams or more of a mixture and

substance containing a detectable amount of fentanyl, (N-phenyl-N-[1-(2-

phenylethyl)-4-piperidinyl] Propanamide), a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, contrary to Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), and (b)(1)(C).

In violation of Title 21, United States Code, Section 846.

## COUNT TWO
*(Distribution of Heroin and Fentanyl)*

On or about November 21, 2018, in Passaic County, in the District of New Jersey, the defendants,

**WYZIER PETERSON,**
**a/k/a "Trap," and**
**JIMIR RICKS,**
**a/k/a "40,"**
**a/k/a "Red,"**

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT THREE
*(Distribution of Heroin)*

On or about January 23, 2019, in Passaic County, in the District of New Jersey, the defendants,

**CARL BROWN,**
**a/k/a "C Dub,"**
**a/k/a "Dub," and**
**NAJIER BOONE,**
**a/k/a "Bebe,"**

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## **COUNT FOUR**
*(Distribution of Heroin and Fentanyl)*

On or about June 30, 2019, in Passaic County, in the District of New Jersey, the defendant,

**WYZIER PETERSON,
a/k/a "Trap,"**

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide), a Schedule II controlled substance, and death resulted from the use of such substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT FIVE
*(Distribution of Heroin)*

On or about July 3, 2019, in Passaic County, in the District of New Jersey, the defendant,

**WYZIER PETERSON,**
**a/k/a "Trap,"**

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNTS SIX THROUGH FOURTEEN
*(Distribution of Controlled Substances)*

On or about the dates set forth in the chart below, in Passaic County, in the District of New Jersey, the defendant,

**JIMIR RICKS,**
**a/k/a "40,"**
**a/k/a "Red,"**

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide), a Schedule II controlled substance, as set forth in the following chart.

| COUNT | DATE | CONTROLLED SUBSTANCE(S) |
|---|---|---|
| 6 | December 3, 2018 | Heroin and fentanyl |
| 7 | January 29, 2019 | Heroin |
| 8 | February 6, 2019 | Heroin |
| 9 | February 11, 2019 | Heroin and fentanyl |
| 10 | February 19, 2019 | Heroin and fentanyl |
| 11 | February 25, 2019 | Heroin and fentanyl |
| 12 | March 6, 2019 | Heroin and fentanyl |
| 13 | April 16, 2019 | Heroin and fentanyl |
| 14 | May 17, 2019 | Heroin and fentanyl |

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNT FIFTEEN
*(Distribution of Heroin and Fentanyl)*

On or about March 11, 2019, in Passaic County, in the District of New Jersey, the defendants,

**AARYN ABRAMS,**
**a/k/a "AI," and**
**JIMIR RICKS,**
**a/k/a "40,"**
**a/k/a "Red,"**

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and Title 18, United States Code, Section 2.

## COUNTS SIXTEEN THROUGH EIGHTEEN
*(Distribution of Controlled Substances)*

On or about the dates set forth in the chart below, in Passaic County, in the District of New Jersey, the defendant,

### AARYN ABRAMS,
### a/k/a "AI,"

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide), a Schedule II controlled substance, as set forth in the chart below.

| COUNT | DATE | CONTROLLED SUBSTANCE(S) |
|-------|------|-------------------------|
| 16 | January 17, 2019 | Heroin |
| 17 | May 2, 2019 | Heroin and fentanyl |
| 18 | May 23, 2019 | Heroin and fentanyl |

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

11

## COUNTS NINETEEN THROUGH TWENTY-FOUR
*(Distribution of Controlled Substances)*

On or about the dates set forth in the chart below, in Passaic County, in the District of New Jersey, the defendant,

**NAJIER BOONE,**
**a/k/a "Bebe,"**

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide), a Schedule II controlled substance, as set forth in the chart below.

| COUNT | DATE | CONTROLLED SUBSTANCE(S) |
|:-----:|:----:|:-----------------------:|
| 19 | January 31, 2019 | Heroin |
| 20 | February 7, 2019 | Heroin |
| 21 | February 14, 2019 | Heroin |
| 22 | February 21, 2019 | Heroin and fentanyl |
| 23 | February 28, 2019 | Heroin and fentanyl |
| 24 | March 14, 2019 | Fentanyl |

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWENTY-FIVE
*(Distribution of Heroin and Fentanyl)*

On or about July 17, 2019, in Passaic County, in the District of New Jersey, the defendant,

### ZIKEME BROOKS,
**a/k/a "Zeek,"**
**a/k/a "Ace,"**

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide), a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWENTY-SIX
*(Distribution of Cocaine Base)*

On or about September 5, 2019, in Passaic County, in the District of New Jersey, the defendants,

**NAJIER BOONE,**
**a/k/a "Bebe," and**
**DAVINE CAMPBELL,**
**a/k/a "D,"**

did knowingly and intentionally distribute 28 grams or more of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B) and Title 18, United States Code, Section 2.

## COUNT TWENTY-SEVEN
*(Possession with Intent to Distribute Heroin, Fentanyl, and Cocaine Base)*

On or about October 3, 2019, in Passaic County, in the District of New Jersey, the defendant,

**AARYN ABRAMS,**
**a/k/a "AI,"**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide), a Schedule II controlled substance, and a quantity of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWENTY-EIGHT
*(Use of a Firearm in Furtherance of a Drug Trafficking Crime)*

On or about October 3, 2019, in Passaic County, in the District of New Jersey, the defendant,

**AARYN ABRAMS,**
**a/k/a "AI,"**

in furtherance of a drug trafficking crime for which the defendant may be prosecuted in a court of the United States, namely, possession with intent to distribute heroin, fentanyl, and cocaine base, charged in Count Twenty-Seven of this Third Superseding Indictment, did knowingly possess, use, and carry a firearm.

In violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT TWENTY-NINE
*(Possession of a Firearm by a Convicted Felon)*

On or about October 3, 2019, in Passaic County, in the District of New Jersey, the defendant,

**AARYN ABRAMS,**
**a/k/a "AI,"**

knowing that he had been previously convicted in a court of at least one crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, namely, a 9mm Taurus pistol, bearing serial number TJT93144, and seven rounds of 9 mm ammunition.

In violation of Title 18, United States Code, Section 922(g)(1).

## COUNTS THIRTY THROUGH THIRTY-FIVE
*(Distribution of Controlled Substances)*

On or about the dates set forth in the chart below, in Passaic County, in the District of New Jersey, the defendant,

**DASHION KELSON,**
**a/k/a "Tank,"**
**a/k/a "Izzy,"**
**a/k/a "Stizzy,"**

did knowingly and intentionally distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] Propanamide), a Schedule II controlled substance, as set forth in the chart below.

| COUNT | DATE | CONTROLLED SUBSTANCE(S) |
|---|---|---|
| 30 | December 5, 2018 | Heroin and fentanyl |
| 31 | December 17, 2018 | Heroin and fentanyl |
| 32 | January 9, 2019 | Heroin and fentanyl |
| 33 | January 16, 2019 | Heroin |
| 34 | February 21, 2019 | Heroin |
| 35 | February 28, 2019 | Heroin and fentanyl |

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

18

## COUNT THIRTY-SIX

*(Possession with Intent to Distribute Heroin)*

On or about October 3, 2019, in Passaic County, in the District of New Jersey, the defendant,

**DASHION KELSON,**
**a/k/a "Tank,"**
**a/k/a "Izzy,"**
**a/k/a "Stizzy,"**

did knowingly and intentionally possess with intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT THIRTY-SEVEN
*(Possession with Intent to Distribute Heroin)*

On or about October 3, 2019, in Passaic County, in the District of New Jersey, the defendant,

**DASHION KELSON,**
**a/k/a "Tank,"**
**a/k/a "Izzy,"**
**a/k/a "Stizzy,"**

did knowingly and intentionally possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## FORFEITURE ALLEGATIONS

1.      The allegations set forth in Counts One through Twenty-Seven and Thirty through Thirty-Seven of this Third Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2.      Pursuant to Title 21, United States Code, Section 853, upon conviction of the controlled substance offenses alleged in Counts One through Twenty-Seven and Thirty through Thirty-Seven of this Third Superseding Indictment, the defendants,

**WYZIER PETERSON,**
**a/k/a "Trap,"**
**CARL BROWN,**
**a/k/a "C Dub,"**
**a/k/a "Dub,"**
**AARYN ABRAMS,**
**a/k/a "AI,"**
**NAJIER BOONE,**
**a/k/a "Bebe,"**
**ZIKEME BROOKS,**
**a/k/a "Zeek,"**
**a/k/a "Ace," and**
**JIMIR RICKS,**
**a/k/a "40,"**
**a/k/a "Red,"**
**DAVINE CAMPBELL,**
**a/k/a "D," and**
**DASHION KELSON,**
**a/k/a "Tank,"**
**a/k/a "Izzy,"**
**a/k/a "Stizzy,"**

shall forfeit to the United States of America any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of these offenses, and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of these offenses.

3.    The allegations set forth in Counts Twenty-Eight and Twenty-Nine of this Third Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

4.    Upon conviction of violating Title 18, United States Code, Section 924(c)(1)(A)(i), as charged in Count Twenty-Eight of this Third Superseding Indictment, and Title 18, United States Code, Section 922(g)(1), as charged in Count Twenty-Nine of this Third Superseding Indictment, the defendant,

**AARYN ABRAMS,**
**a/k/a "AI,"**

shall forfeit to the United States any firearm and ammunition involved in or used in the commission of such offenses, including but not limited to the following:

(1) One 9mm Taurus pistol, bearing serial number TJT93144;

(2) Seven rounds of 9mm ammunition recovered on or about October 3, 2019 from the 9mm Taurus pistol, bearing serial number TJT93144.

## SUBSTITUTE ASSETS PROVISION

If any of the property described above, as a result of any act or omission of the defendants:

> a. cannot be located upon the exercise of due diligence;
>
> b. has been transferred or sold to, or deposited with, a third party;
>
> c. has been placed beyond the jurisdiction of the court;
>
> d. has been substantially diminished in value; or
>
> e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled, pursuant to Title 21, United States Code, Section 853(p), to the forfeiture of any other property of the defendants up to the value of the above-described forfeitable property.

A TRUE BILL,

███████████████████

FOREPERSON

_Rachael A. Honig_
RACHAEL A. HONIG
Acting United States Attorney

CASE NUMBER: <u>20-185 (BRM)</u>

## United States District Court
## District of New Jersey

UNITED STATES OF AMERICA

v.

WYZIER PETERSON, a/k/a "Trap,"
CARL BROWN, a/k/a "C Dub," a/k/a "Dub,"
AARYN ABRAMS, a/k/a "AI,"
NAJIER BOONE, a/k/a "Bebe,"
ZIKEME BROOKS, a/k/a "Zeek," a/k/a "Ace,"
JIMIR RICKS, a/k/a "40," a/k/a "Red,"
DAVINE CAMPBELL, a/k/a "D," and
DASHION KELSON, a/k/a "Tank," a/k/a "Izzy," a/k/a "Stizzy"

### THIRD SUPERSEDING INDICTMENT

### FOR

21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1) and (b)(1)(B)
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. § 924(c)(1)(A)(i)
18 U.S.C. § 922(g)(1)
18 U.S.C. § 2

A True Bill,

████████████████

Foreperson

RACHAEL A. HONIG
*ACTING UNITED STATES ATTORNEY*
*NEWARK, NEW JERSEY*

FRANCESCA LIQUORI
*ASSISTANT U.S. ATTORNEY*
*973-297-4373*