UNITED STATES DISTRICT COUT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Brian R. Martinotti, USDJ |
| | : | Crim. No. 20-00185 |
| vs. | : | |
| | : | **ORDER** |
| DAVINE CAMPBELL | : | |

**THIS MATTER** having come before the Court on the application of defendant, Davine Campbell (by Stacy Biancamano, Esq.); and Pretrial Services (by Jennifer Powers, USPTSO) having no objection to the entry of the Order; and the United States (by Francesca Liquori, AUSA) deferring to the position of Pretrial Services; and for good cause shown;

**IT IS** on this 21st day of JANUARY, 2022;

**HEREBY ORDERED:**

1. That Defendant's release conditions are modified so as to place him on Home Detention enforced with location monitoring. Stationary and verifiable employment is permitted.

2. All other conditions remain in full force and effect.

_____
Honorable Brian R. Martinotti, U.S.D.J.