# UNITED STATES DISTRICT COUT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No.:  20-185 |
| | : | |
| vs. | : | |
| | : | |
| | : | **ORDER FOR MODIFICATION** |
| | : | **OF RELEASE CONDITIONS** |
| DAVINE CAMPBELL | : | |

     **THIS MATTER** having come before the Court on the application of defendant Davine Campbell (by Daniel Holzapfel, Esq., Biancamano Law, LLC) for modification of the conditions of pretrial release; and the United States (by Francesca Liquori, Assistant United States Attorney) deferring to Pretrial Services as to the entry of the Order; and United States Pretrial Services (by Kathleen Cullen, U.S. Pretrial Services Office) consenting to the entry of the Order; and for good cause shown;

     **IT IS** on this 27TH day of June 2022:

1.   **ORDERED** that defendant Davine Campbell's pretrial release conditions be, and hereby are, modified so as to allow him to attend his sister's graduation from Rosa L. Parks School of Fine and Performing Arts on Tuesday, June 28, 2022, from 11:00 to 3:00.

2.   **ORDERED** that all other conditions previously imposed shall remain in effect.

                                                        Hon. Brian R. Martinotti, U.S.D.J