# UNITED STATES DISTRICT COUT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Honorable Brian R. Martinotti, U.S.D.J. |
| | : | Crim. No. 20-00185 |
| vs. | : | |
| | : | **ORDER** |
| DAVINE CAMPBELL | : | |

**THIS MATTER** having come before the Court on the application of defendant, Davine Campbell (by Daniel Holzapfel, Esq.); and Pretrial Services (by Luis Baez, USPTSO) consenting to the entry of the Order; and the United States (by Francesca Liquori, AUSA) deferring to Pretrial Services, and for good cause shown;

**IT IS** on this 15th day of March, 2023;

**HEREBY ORDERED:**

1) That Defendant's release conditions are modified to permit him to comply with any existing Family Court Orders, and to permit travel for purposes of picking up and dropping off his daughter to facilitate his Court Ordered parenting time with hours for such travel to be set/approved by Pretrial Services.

2) All other conditions remain in full force and effect.

_____
Honorable Brian R. Martinotti, U.S.D.J.