UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: BRIAN R. MARTINOTTI  Date: 05/03/23
Court Reporter: Sara Killian  Docket No: 20-185

Title of the Case:

UNITED STATES OF AMERICA
v.                                                                                            \
DAVIE CAMPBELL

Appearances:

Francesca Liquori, AUSA
Dan Holzapfel, Attorney for Defendant

Nature of Proceedings:

Telephone conference held.
Update provided to the Court
Telephone conference scheduled 06/01/23 @ 2:30 pm

*Lissette Rodriguez*
Lissette Rodriguez, Courtroom Deputy
to the Honorable Brian R. Martinotti, U.S.D.J.

Commenced: 9:30 am
Concluded:   9:40 am