# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# MINUTES

Judge: BRIAN R. MARTINOTTI      Date: 07/26/2021
Court Reporter: Tammera Witte     Docket No: 20-185-07

Title of the Case:

UNITED STATES OF AMERICA
v.                                                                                       \
DIVINE CAMPBELL

Appearances:

Francesca Liquori, AUSA
Stacy Biancamano, Attorney for Defendant

Nature of Proceedings:

Attorney only telephone/status conference held on the record
Update provided by counsel
T/C set 09/20/23 @ 2:30 PM


*Lissette Rodriguez*
Lissette Rodriguez, Courtroom Deputy
to the Honorable Brian R. Martinotti, U.S.D.J.

Commenced: 10:00 am
Concluded:  10:10 am