UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Crim. No.: 2:20-cr-00185-BRM-7 |
| vs. | : | |
| | : | **ORDER PERMITTING TRAVEL** |
| DAVINE CAMPBELL | : | |

**THIS MATTER** having come before the Court on the application of defendant Davine Campbell (by Stacy Biancamano, Esq., Biancamano Law, LLC) for modification of the conditions of pretrial release; and the United States (by Francesca Liquori, Assistant United States Attorney) deferring to Pretrial Services; and United States Probation (by Luiz Baez, U.S. Pretrial Services Officer) having no objection to the entry of the Order; and for good cause shown;

**IT IS** on this 14th day of August 2023, **HEREBY ORDERED:**

1. Defendant's bail is modified from home detention with electronic bracelet to a curfew with electronic monitoring, hours to be determined by Pretrial Services.

2. All other conditions remain in place.

_____
Hon. Brian Martinotti, U.S.D.J.