**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES**


Judge:   BRIAN R. MARTINOTTI                    Date:    11-16-2023
Court Reporter:   Tammera Witte                 Docket No: 2:20-CR-185

Title of the Case:

UNITED STATES OF AMERICA
v.
DAVINE CAMPBELL

Appearances:

Francesa Liquori, AUSA
Stacy A. Biancamano, Attorney for Defendant

Nature of Proceedings: **Plea**

Defendant present & sworn
Waiver of Indictment fld.
Information fld.
Plea: Guilty to Count 1 of Superseding Information
Rule 11 fld.
Plea Agreement fld.
Ordered Sentence date for 03/27/24 @ 11:00 am
Ordered bail continued

                                        Lissette Rodriguez, Courtroom Deputy
                                        to the Hon. Brian R. Martinotti


Commenced: 2:10 pm
Concluded:   2:45 pm