AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

District of __NEW JERSEY__

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　　　　　Plaintiff (s),<br>V.<br>DAVINE CAMPBELL<br>　　　　　　　　Defendant (s), | **CONSENT ORDER GRANTING<br>SUBSTITUTION OF ATTORNEY**<br><br>CASE NUMBER: 2:2020CR00185 |

Notice is hereby given that, subject to approval by the court, __Davine Campbell__ substitutes
(Party (s) Name)

__Dan Holzapfel, Esq.__ , State Bar No. __174052017__ as counsel of record in
(Name of New Attorney)

place of __Stacy Biancamano, Esq. / Biancamano Law LLC__ .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

　　Firm Name:　　　　Holzapfel Law LLC
　　Address:　　　　　3121 Atlantic Avenue, First Floor, Allenwood, NJ 08720
　　Telephone:　　　　(732) 804-9944　　　　Facsimile _____
　　E-Mail (Optional):　Dan@HolzapfelLawLLC.com

I consent to the above substitution.
Date:　　12/29/2023　　　　　　　　　　　　　*s/ Davine Campbell*
　　　　　　　　　　　　　　　　　　　　　　　(Signature of Party (s))

I consent to being substituted.
Date:　　12/29/2023　　　　　x　　　　　　*s/ Stacy Biancamano*
　　　　　　　　　　　　　　　　　　　　　　(Signature of Former Attorney (s))

I consent to the above substitution.
Date:　　12/29/2023　　　　　　　　　　　　*s/ Dan Holzapfel*
　　　　　　　　　　　　　　　　　　　　　　(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date:　　January 5, 2024　　　　　　　　　　[signature]
　　　　　　　　　　　　　　　　　　　　　　　Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]